Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34265−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred C Davis                                   Karen D Davis
   1129 Bayview Ave                    1129 Bayview Ave
   Bayville, NJ 08721−3135          Bayville, NJ 08721−3135

Social Security No.:
   xxx−xx−5398                              xxx−xx−2100

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       3/20/19
Time:       12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc C. Capone, Esq., Debtors Attorney

COMMISSION OR FEES
$4,725.00

EXPENSES
$365.00

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 22, 2019
JAN: gan

                                                                                   Jeanne Naughton
                                                                                    Clerk