Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–34265–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fred C Davis
1129 Bayview Ave
Bayville, NJ 08721–3135

Karen D Davis
1129 Bayview Ave
Bayville, NJ 08721–3135

Social Security No.:
    xxx–xx–5398                                    xxx–xx–2100

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        3/20/19
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Marc C. Capone, Esq., Debtors Attorney

COMMISSION OR FEES
$4,725.00

EXPENSES
$365.00

---

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 22, 2019
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-34265-CMG
Fred C Davis                                                    Chapter 13
Karen D Davis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Feb 22, 2019
                             Form ID: 137          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
db/jdb          Fred C Davis,   Karen D Davis,   1129 Bayview Ave,   Bayville, NJ  08721-3135
517915173       Citi/Sears,   Citibank/Centralized Bankruptcy,   PO Box 790034,   Saint Louis, MO  63179-0034
518036668      +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517915174       Dept of Ed / 582 / Nelnet,   Attn: Claims,   PO Box 82505,   Lincoln, NE  68501-2505
517915177       First Credit Services,   377 Hoes Ln Ste 200,   Piscataway, NJ  08854-4155
517915178       Frenkel Lambert Weiss Weisman & Gordon,   80 Main St Ste 460,   West Orange, NJ  07052-5414
517915179       Higher Education Student Assistance Auth,   HESAA Servicing/Attn: Bankruptcy,   PO Box 548,
                Trenton, NJ  08625-0548
517992792      +NJCLASS,   PO BOX 548,   TRENTON, NJ 08625-0548
518029034       Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
                Eagan, MN 55121-7700
517915181       Wells Fargo Hm Mortgag,   PO Box 10335,   Des Moines, IA  50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517915171      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 23 2019 00:14:35
                Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce de Leon Blvd Fl 5,
                Coral Gables, FL 33146-1873
518037309      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 23 2019 00:14:35
                Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
517915172       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 23 2019 00:19:54     Cap1/bstby,
                Attn: Bankruptcy Department,   PO Box 30285,   Salt Lake City, UT 84130-0285
517923040       E-mail/Text: mrdiscen@discover.com Feb 23 2019 00:12:35     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517915175       E-mail/Text: mrdiscen@discover.com Feb 23 2019 00:12:35     Discover Financial,   PO Box 3025,
                New Albany, OH  43054-3025
517915176       E-mail/Text: DSLBKYPRO@discover.com Feb 23 2019 00:14:33     Discover Student Loans,
                Attn: Bankruptcy,   PO Box 30948,   Salt Lake City, UT  84130-0948
517924217      +E-mail/Text: DSLBKYPRO@discover.com Feb 23 2019 00:14:33     Discover Student Loans,
                PO Box 30925,   Salt Lake City, UT 84130-0925
517917304      +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:18:48     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517915180       E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2019 00:19:47     Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
517960345      +E-mail/Text: electronicbkydocs@nelnet.net Feb 23 2019 00:14:04
                US Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
                Lincoln NE 68508-1911
                                                                              TOTAL: 12

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) is furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 22, 2019
                             Form ID: 137             Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marc C Capone    on behalf of Joint Debtor Karen D Davis 5325@notices.nextchapterbk.com,
           docs@caponeandkeefe.com,ecf@gbclawgroup.com
          Marc C Capone    on behalf of Debtor Fred C Davis 5325@notices.nextchapterbk.com,
           docs@caponeandkeefe.com,ecf@gbclawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 6