| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By:  Alexandra T. Garcia, Esquire - ID# ATG4688<br>216 Haddon Ave., Suite 201<br>Westmont, NJ  08108<br>856-858-7080<br>Attorneys for Lakeview Loan Servicing, LLC | Order Filed on February 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Domingo A Rodriguez,<br><br>                    Debtor. | Case No.: 18-24913-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |

**AGREED ORDER RESOLVING LAKEVIEW LOAN SERVICING, LLC'S OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following page, number two (2) through two (2) is hereby **ORDERED**

**DATED: February 26, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Domingo A Rodriguez
Case No: 18-24913-CMG
Caption of Order:  AGREED ORDER RESOLVING LAKEVIEW LOAN SERVICING, LLC'S OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN

---

      THIS MATTER having been brought before the Court by Paola D. Vera, attorney for debtor, Domingo A Rodriguez, upon the filing of a Chapter 13 Bankruptcy Petition and Plan, and Lakeview Loan Servicing, LLC, by and through its attorneys, McCabe, Weisberg & Conway, LLC having filed Proof of Claim (Claim No. 3-1) and an Objection to Debtor's Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is
      **ORDERED** as follows:

1. Debtor agrees to pay the pre-petition arrears in the amount of $559.46, as listed in Lakeview Loan Servicing, LLC's Proof of Claim No. 3-1, in full outside of the Chapter 13 Plan, on or before March 15, 2019.

2. If Debtor pays the pre-petition arrears in the amount of $559.46 in full outside of the Chapter 13 Plan by March 15, 2019, Lakeview Loan Servicing, LLC will amend their Proof of Claim to remove the pre-petition arrears within 30days of receipt of Debtor's payment. If Debtor fails to pay for the pre-petition arrears in full outside of the Chapter 13 Plan on or before March 15, 2019, Lakeview Loan Servicing, LLC's Proof of Claim will not be amended and the Trustee is directed to pay the pre-petition arrears as listed in the Proof of Claim through the Chapter 13 Plan.

3. Debtor acknowledges that they will continue to make their regular monthly post-petition mortgage payments, which are subject to change in accordance with the terms of the note and mortgage and Rule 3002.1.

4. Debtor and Lakeview Loan Servicing, LLC, by and through their counsel, agree to the entry of the within order.