UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
By:  Alexandra T. Garcia, Esquire - ID# ATG4688
216 Haddon Ave., Suite 201
Westmont, NJ  08108
856-858-7080
Attorneys for Lakeview Loan Servicing, LLC

Order Filed on February 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Domingo A Rodriguez,

        Debtor.

Case No.: 18-24913-CMG

Chapter 13

Judge: Christine M. Gravelle

# AGREED ORDER RESOLVING LAKEVIEW LOAN SERVICING, LLC'S OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following page, number two (2) through two (2) is hereby **ORDERED**

**DATED: February 26, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Domingo A Rodriguez
Case No: 18-24913-CMG
Caption of Order:  AGREED ORDER RESOLVING LAKEVIEW LOAN SERVICING, LLC'S OBJECTION TO THE DEBTOR'S CHAPTER 13 PLAN

_____

    THIS MATTER having been brought before the Court by Paola D. Vera, attorney for debtor, Domingo A Rodriguez, upon the filing of a Chapter 13 Bankruptcy Petition and Plan, and Lakeview Loan Servicing, LLC, by and through its attorneys, McCabe, Weisberg & Conway, LLC having filed Proof of Claim (Claim No. 3-1) and an Objection to Debtor's Chapter 13 Plan, and the parties having subsequently resolved the differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order, and for cause shown, it is
    **ORDERED** as follows:

1. Debtor agrees to pay the pre-petition arrears in the amount of $559.46, as listed in Lakeview Loan Servicing, LLC's Proof of Claim No. 3-1, in full outside of the Chapter 13 Plan, on or before March 15, 2019.

2. If Debtor pays the pre-petition arrears in the amount of $559.46 in full outside of the Chapter 13 Plan by March 15, 2019, Lakeview Loan Servicing, LLC will amend their Proof of Claim to remove the pre-petition arrears within 30days of receipt of Debtor's payment. If Debtor fails to pay for the pre-petition arrears in full outside of the Chapter 13 Plan on or before March 15, 2019, Lakeview Loan Servicing, LLC's Proof of Claim will not be amended and the Trustee is directed to pay the pre-petition arrears as listed in the Proof of Claim through the Chapter 13 Plan.

3. Debtor acknowledges that they will continue to make their regular monthly post-petition mortgage payments, which are subject to change in accordance with the terms of the note and mortgage and Rule 3002.1.

4. Debtor and Lakeview Loan Servicing, LLC, by and through their counsel, agree to the entry of the within order.

United States Bankruptcy Court
District of New Jersey

In re:  
Fred C Davis  
Karen D Davis  
    Debtors

Case No. 18-34265-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Feb 26, 2019  
　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.  
db/jdb      Fred C Davis,   Karen D Davis,   1129 Bayview Ave,   Bayville, NJ  08721-3135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited  
           Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited  
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Marc C Capone   on behalf of Joint Debtor Karen D Davis 5325@notices.nextchapterbk.com,  
     docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com  
          Marc C Capone   on behalf of Debtor Fred C Davis 5325@notices.nextchapterbk.com,  
     docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                   TOTAL: 6