UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **18-34625**

In Re:

Fred and Karen Davis

Debtors:

Chapter: 13

Judge Christine M. Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 21, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc C. Capone, Esq. _____ , the applicant, is allowed a fee of **$4,725.00** for services rendered and expenses in the amount of **$365.00** for a total of $ **5,090.00** _____. The allowance is payable:

    ☒ **$ 2,590.00** _____ through the Chapter 13 plan as an administrative priority.

    ☒ $ **2,500.00** _____ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____N/A_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2