Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–34265–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fred C Davis  
1129 Bayview Ave  
Bayville, NJ 08721–3135

Karen D Davis  
1129 Bayview Ave  
Bayville, NJ 08721–3135

Social Security No.:
xxx–xx–5398                               xxx–xx–2100

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 27, 2019.

On August 26, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         October 2, 2019
Time:         10:00 AM
Location:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 27, 2019
JAN: mrg

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 18-34265-CMG
Fred C Davis                                                       Chapter 13
Karen D Davis
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Aug 27, 2019
                              Form ID: 185              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
db/jdb         Fred C Davis,    Karen D Davis,    1129 Bayview Ave,    Bayville, NJ 08721-3135
517915173      Citi/Sears,    Citibank/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
518036668     +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517915177      First Credit Services,    377 Hoes Ln Ste 200,    Piscataway, NJ 08854-4155
517915178      Frenkel Lambert Weiss Weisman & Gordon,    80 Main St Ste 460,    West Orange, NJ 07052-5414
517915179      Higher Education Student Assistance Auth,    HESAA Servicing/Attn: Bankruptcy,    PO Box 548,
                Trenton, NJ 08625-0548
517992792     +NJCLASS,    PO BOX 548,    TRENTON, NJ 08625-0548
518029034      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
517915181      Wells Fargo Hm Mortgag,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:57      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517915171     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 27 2019 23:31:18
                Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce de Leon Blvd Fl 5,
                Coral Gables, FL 33146-1873
518037309     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 27 2019 23:31:18
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
517915172      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 23:45:39      Cap1/bstby,
                Attn: Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
517915174      E-mail/Text: electronicbkydocs@nelnet.net Aug 27 2019 23:30:59      Dept of Ed / 582 / Nelnet,
                Attn: Claims,    PO Box 82505,    Lincoln, NE 68501-2505
517923040      E-mail/Text: mrdiscen@discover.com Aug 27 2019 23:29:55      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517915175      E-mail/Text: mrdiscen@discover.com Aug 27 2019 23:29:55      Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
517915176      E-mail/Text: DSLBKYPRO@discover.com Aug 27 2019 23:31:17      Discover Student Loans,
                Attn: Bankruptcy,    PO Box 30948,    Salt Lake City, UT 84130-0948
517924217     +E-mail/Text: DSLBKYPRO@discover.com Aug 27 2019 23:31:17      Discover Student Loans,
                PO Box 30925,    Salt Lake City, UT 84130-0925
517917304     +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2019 23:34:31      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517915180      E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2019 23:34:05      Synchrony Bank/Walmart,
                Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517960345     +E-mail/Text: electronicbkydocs@nelnet.net Aug 27 2019 23:30:59
                US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                Lincoln NE 68508-1911
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Aug 27, 2019
                              Form ID: 185             Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marc C Capone    on behalf of Joint Debtor Karen D Davis 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              Marc C Capone    on behalf of Debtor Fred C Davis 5325@notices.nextchapterbk.com,
               docs@caponeandkeefe.com,ecf@gbclawgroup.com;e4eaf5f23@maildrop.clio.com;mcapone@gbclawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```