UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, New Jersey 07762
(732) 528-1166
Attorney for Debtor(s)

In Re:

Fred and Karen Davis

Order Filed on October 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-34265

Chapter:    13

Judge:    Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 16, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc C. Capone, Esq._____, the applicant, is allowed a fee of $ _____997.50_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____997.50_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____651.00_____ per month for _____25_____ months to allow for payment of the above fee.

*rev.8/1/15*