MCC4785
MARC C. CAPONE, ESQ.
GILLMAN, BRUTON & CAPONE, LLC
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on November 19, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                          Chapter 13

**Fred C. and Karen D. Davis**                  Case No.: **18- 34265 (CMG)**

                                                Hearing Date:

### ORDER AUTHORIZING DEBTOR TO PAYOFF CHAPTER 13 PLAN PRIOR TO 36 MONTHS AND FOR TRUSTEE TO FILE FINAL REPORT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 19, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4824-4011-4638, v. 1

(Page 2)

Debtor(s):     **Fred C. and Karen D. Davis**
Case No.:      **18-34265 (CMG)**
Caption of Order:     **Order Authorizing Debtor to Payoff Chapter 13 Plan and**
                      **for Trustee to File Final Report**


        Upon the motion of Marc C. Capone, Esq. on behalf of the Debtor's to Payoff Chapter 13

Plan and Enter Discharge as hereinafter set forth, and it appearing that the Chapter 13 plan of

Fred C. and Karen D. Davis has been paid in full pursuant to the terms of the Confirmation

Order and for good cause shown, it is


        **ORDERED** that the Debtors may pay off their Chapter 13 Plan prior to the 36
month plan term provided in the Confirmation Order; and it is further


        **ORDERED** that the Chapter 13 Trustee shall accept the payoff from the Debtor,
prepare and file the Final Report in this case, so that the Discharge may be entered and the case
may be closed prior to the expiration of the 36 month term of the Debtors' confirmed Chapter 13
Plan.


4824-4011-4638, v. 1