MCC4785
MARC C. CAPONE, ESQ.
GILLMAN, BRUTON & CAPONE, LLC
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                              Chapter 13

**Fred C. and Karen D. Davis**                     Case No.: **18- 34265 (CMG)**

                                                    Hearing Date:

ORDER AUTHORIZING DEBTOR TO PAYOFF CHAPTER 13 PLAN
PRIOR TO 36 MONTHS AND FOR TRUSTEE TO FILE FINAL REPORT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 19, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

4824-4011-4638, v. 1

(Page 2)

Debtor(s):   **Fred C. and Karen D. Davis**
Case No.:   **18-34265 (CMG)**
Caption of Order:   **Order Authorizing Debtor to Payoff Chapter 13 Plan and
                    for Trustee to File Final Report**

    Upon the motion of Marc C. Capone, Esq. on behalf of the Debtor's to Payoff Chapter 13 Plan and Enter Discharge as hereinafter set forth, and it appearing that the Chapter 13 plan of Fred C. and Karen D. Davis has been paid in full pursuant to the terms of the Confirmation Order and for good cause shown, it is

    **ORDERED** that the Debtors may pay off their Chapter 13 Plan prior to the 36 month plan term provided in the Confirmation Order; and it is further

    **ORDERED** that the Chapter 13 Trustee shall accept the payoff from the Debtor, prepare and file the Final Report in this case, so that the Discharge may be entered and the case may be closed prior to the expiration of the 36 month term of the Debtors' confirmed Chapter 13 Plan.

4824-4011-4638, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Fred C Davis  
Karen D Davis  
    Debtor(s)

Case No. 18-34265-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | # Fred C Davis, Karen D Davis, 1129 Bayview Ave, Bayville, NJ 08721-3135 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
    docs@russotrustee.com

Denise E. Carlon  
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald  
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marc C Capone  
    on behalf of Joint Debtor Karen D Davis ecf@gbclawgroup.com

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Nov 19, 2020     Form ID: pdf903     Total Noticed: 1

mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marc C Capone

on behalf of Debtor Fred C Davis ecf@gbclawgroup.com
mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7