| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Gillman, Bruton & Capone, LLC<br><br>Marc Capone, Esq.<br><br>60 Highway 71, Unit 2<br>Spring Lake Heights, NJ 07762<br>Phone #732-528-1166<br>Fax # 732-528-4458 | Order Filed on December 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Fred and Karen Davis | Case No.: 3:18-bk-34265<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 1, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Marc Capone _____, the applicant, is allowed a fee of $_____ 542.50 _____ for services rendered and expenses in the amount of $_____ 0 _____ for a total of $_____ 542.50 _____. The allowance is payable:

☒ $_____ 0 _____ through the Chapter 13 plan as an administrative priority.

☒ $_____ 542.50 _____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

4821-9498-8242, v. 1