UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Gillman, Bruton & Capone, LLC

Marc Capone, Esq.

60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166
Fax # 732-528-4458

**Order Filed on December 1, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Fred and Karen Davis

Case No.:    3:18-bk-34265

Chapter:    13

Judge:    Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 1, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

4821-9498-8242, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____542.50_____for services rendered and expenses in the amount of $_____0_____for a total of $_____542.50_____. The allowance is payable:

☒ $_____0_____ through the Chapter 13 plan as an administrative priority.

☒ $____542.50_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ___n/a_____months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-34265-CMG

Fred C Davis                                                                          Chapter 13

Karen D Davis

        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                     Page 1 of 2
Date Rcvd: Dec 01, 2020                    Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol              Definition**

\#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                      the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

**Recip ID                    Recipient Name and Address**
db/jdb              #   Fred C Davis, Karen D Davis, 1129 Bayview Ave, Bayville, NJ 08721-3135

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed
below:**

**Name                         Email Address**

Albert Russo
                      on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                      docs@russotrustee.com

Denise E. Carlon
                      on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com,
                      bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                      on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com,
                      bkgroup@kmllawgroup.com

Marc C Capone
                      on behalf of Joint Debtor Karen D Davis ecf@gbclawgroup.com

District/off: 0312-3                         User: admin                                    Page 2 of 2
Date Rcvd: Dec 01, 2020                   Form ID: pdf903                          Total Noticed: 1

mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marc C Capone

on behalf of Debtor Fred C Davis ecf@gbclawgroup.com
mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7