Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34265−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fred C Davis
1129 Bayview Ave
Bayville, NJ 08721−3135

Karen D Davis
1129 Bayview Ave
Bayville, NJ 08721−3135

Social Security No.:
xxx−xx−5398                                xxx−xx−2100

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 7, 2019.

On 12/4/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:          January 20, 2021
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 7, 2020
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Fred C Davis  
Karen D Davis  
Debtor(s)

Case No. 18-34265-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2020 | Form ID: 185 | Total Noticed: 22 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | # | Fred C Davis, Karen D Davis, 1129 Bayview Ave, Bayville, NJ 08721-3135 |
| 517915173 | | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518036668 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517915177 | # | First Credit Services, 377 Hoes Ln Ste 200, Piscataway, NJ 08854-4155 |
| 517915178 | | Frenkel Lambert Weiss Weisman & Gordon, 80 Main St Ste 460, West Orange, NJ 07052-5414 |
| 517915179 | | Higher Education Student Assistance Auth, HESAA Servicing/Attn: Bankruptcy, PO Box 548, Trenton, NJ 08625-0548 |
| 517992792 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518029034 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517915181 | | Wells Fargo Hm Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2020 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2020 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517915171 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 07 2020 21:31:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 518037309 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 07 2020 21:31:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517915172 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 07 2020 22:12:10 | Cap1/bstby, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517915174 | | Email/Text: electronicbkydocs@nelnet.net | Dec 07 2020 21:30:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 517923040 | | Email/Text: mrdiscen@discover.com | Dec 07 2020 21:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915175 | | Email/Text: mrdiscen@discover.com | Dec 07 2020 21:29:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517915176 | | Email/Text: DSLBKYPRO@discover.com | Dec 07 2020 21:31:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 517924217 | + | Email/Text: DSLBKYPRO@discover.com | Dec 07 2020 21:31:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 517917304 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2020 22:07:32 | Synchrony Bank, c/o of PRA Receivables |

Case 18-34265-CMG    Doc 63    Filed 12/09/20    Entered 12/10/20 00:16:39    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 07, 2020 | Form ID: 185 | Total Noticed: 22 |

| | | | |
| --- | --- | --- | --- |
| | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915180 | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2020 22:07:33 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517960345 | + Email/Text: electronicbkydocs@nelnet.net | Dec 07 2020 21:30:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Joint Debtor Karen D Davis ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Fred C Davis ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7