Form 196 − ntcadminerror

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−34265−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fred C Davis                                  Karen D Davis
   1129 Bayview Ave                         1129 Bayview Ave
   Bayville, NJ 08721−3135             Bayville, NJ 08721−3135

Social Security No.:
   xxx−xx−5398                                  xxx−xx−2100

Employer's Tax I.D. No.:

**AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR**

    On December 7, 2020 a NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
Date: January 20, 2021
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

Corrected to state:
There will be no hearing heard in the above case. The notice of filing a modification was sent out in error. This case was confirmed on October 7, 2019

    The amendment of this notice does not affect deadlines that have been previously set.


Dated: December 8, 2020
JAN: llb

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Fred C Davis  
Karen D Davis  
    Debtor(s)

Case No. 18-34265-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: 196 | Total Noticed: 22 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | # | Fred C Davis, Karen D Davis, 1129 Bayview Ave, Bayville, NJ 08721-3135 |
| 517915173 | | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518036668 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517915177 | # | First Credit Services, 377 Hoes Ln Ste 200, Piscataway, NJ 08854-4155 |
| 517915178 | | Frenkel Lambert Weiss Weisman & Gordon, 80 Main St Ste 460, West Orange, NJ 07052-5414 |
| 517915179 | | Higher Education Student Assistance Auth, HESAA Servicing/Attn: Bankruptcy, PO Box 548, Trenton, NJ 08625-0548 |
| 517992792 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 518029034 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517915181 | | Wells Fargo Hm Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517915171 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 08 2020 21:43:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 518037309 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 08 2020 21:43:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517915172 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 21:53:33 | Cap1/bstby, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517915174 | | Email/Text: electronicbkydocs@nelnet.net | Dec 08 2020 21:43:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 517923040 | | Email/Text: mrdiscen@discover.com | Dec 08 2020 21:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915175 | | Email/Text: mrdiscen@discover.com | Dec 08 2020 21:42:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517915176 | | Email/Text: DSLBKYPRO@discover.com | Dec 08 2020 21:43:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 517924217 | + | Email/Text: DSLBKYPRO@discover.com | Dec 08 2020 21:43:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 517917304 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 21:53:09 | Synchrony Bank, c/o of PRA Receivables |

Case 18-34265-CMG    Doc 64    Filed 12/10/20    Entered 12/11/20 00:18:35    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 196 | Total Noticed: 22 |

| 517915180 | Email/PDF: gecsedi@recoverycorp.com | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| | | Dec 08 2020 21:53:09 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517960345 | + Email/Text: electronicbkydocs@nelnet.net | Dec 08 2020 21:43:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Joint Debtor Karen D Davis ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Debtor Fred C Davis ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7