| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Fred C Davis<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5398<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Karen D Davis<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2100<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:  18–34265–CMG | | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Fred C Davis                                                    Karen D Davis

    12/16/20                                          **By the court:** <u>Christine M. Gravelle</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-34265-CMG
Fred C Davis                                                                                Chapter 13
Karen D Davis
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 16, 2020 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | # | Fred C Davis, Karen D Davis, 1129 Bayview Ave, Bayville, NJ 08721-3135 |
| 517915177 | # | First Credit Services, 377 Hoes Ln Ste 200, Piscataway, NJ 08854-4155 |
| 517915178 | | Frenkel Lambert Weiss Weisman & Gordon, 80 Main St Ste 460, West Orange, NJ 07052-5414 |
| 517915179 | | Higher Education Student Assistance Auth, HESAA Servicing/Attn: Bankruptcy, PO Box 548, Trenton, NJ 08625-0548 |
| 517992792 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 16 2020 22:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 16 2020 22:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517915171 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 16 2020 22:09:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 518037309 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 16 2020 22:09:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 517915172 | | EDI: CAPITALONE.COM | Dec 17 2020 02:13:00 | Cap1/bstby, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517915173 | | EDI: CITICORP.COM | Dec 17 2020 02:13:00 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518036668 | + | EDI: CITICORP.COM | Dec 17 2020 02:13:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517915174 | | Email/Text: electronicbkydocs@nelnet.net | Dec 16 2020 22:08:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 517923040 | | EDI: DISCOVER.COM | Dec 17 2020 02:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517915175 | | EDI: DISCOVER.COM | Dec 17 2020 02:13:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 517915176 | | EDI: DISCOVERSL.COM | Dec 17 2020 02:13:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 517924217 | + | EDI: DISCOVERSL.COM | Dec 17 2020 02:13:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 517917304 | + | EDI: RMSC.COM | | |

Case 18-34265-CMG    Doc 67    Filed 12/18/20    Entered 12/19/20 00:23:09    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 3180W | Total Noticed: 22 |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 17 2020 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517915180 | EDI: RMSC.COM |  |  |
|  |  | Dec 17 2020 02:13:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517960345 | + Email/Text: electronicbkydocs@nelnet.net |  |  |
|  |  | Dec 16 2020 22:08:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |
| 518029034 | EDI: WFFC.COM |  |  |
|  |  | Dec 17 2020 02:13:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517915181 | EDI: WFFC.COM |  |  |
|  |  | Dec 17 2020 02:13:00 | Wells Fargo Hm Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2020          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

**Name**          **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marc C Capone
on behalf of Joint Debtor Karen D Davis ecf@gbclawgroup.com
mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

Marc C Capone
on behalf of Debtor Fred C Davis ecf@gbclawgroup.com
mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Dec 16, 2020 Form ID: 3180W Total Noticed: 22

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7