Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–34265–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fred C Davis | Karen D Davis |
| 1129 Bayview Ave | 1129 Bayview Ave |
| Bayville, NJ 08721–3135 | Bayville, NJ 08721–3135 |

Social Security No.:
xxx–xx–5398                                                                xxx–xx–2100

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 20, 2021</u>                    <u>Christine M. Gravelle</u>
                                                                Judge, United States Bankruptcy Court